```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TROIKA COMMUNICATIONS, Inc., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3296 |
| v. | ) ) | |
| LINDSEY CONSTRUCTION, Co., Inc., An Arkansas Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1. Pursuant to the plaintiff's notice of voluntary dismissal, filing 7, this action is dismissed without prejudice, each party to bear its own costs and attorney fees.

2. The Clerk shall mail a copy of this order to:

   Lindsey Construction Co., Inc.
   C.T. Corporation System, Registered Agent
   301 South 13th Street, Suite 500
   Lincoln, NE 68508

DATED this 21st day of December, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge